UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SCHOFIELD, individually
and on behalf of all other similarly
situated,

        Plaintiff,                  Case No. 2:16-cv-10521-SFC-RSW

v.

CREDIT ACCEPTANCE
CORPORATION,

        Defendant.
_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of Plaintiff James Schofield ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), and the Court being advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Class-Action Complaint against Credit Acceptance is dismissed in its entirety with prejudice and without costs to either party.

Dated: November 16, 2016                s/ Sean F. Cox
                                                 Sean F. Cox
                                                 U. S. District Judge

The parties stipulate and consent to the form and substance of the above order:

By: */s/Stephen W. King*
Stephen W. King, Esq.
Attorneys for Defendant

By: */s/ Stephen Taylor*
Stephen Taylor, Esq.
Attorneys for Plaintiff